AUGUSTUS S. HOUGHTON et al., Appellants and Respond-
ents, *v.* HECTOR W. THOMAS et al., Respondents, and
HARRY W. MACK, Appellant, Impleaded with Another.

*Partnership — accounting — fraud — action to set aside partnership
accounting on ground of fraud.*

*Houghton* v. *Thomas*, 220 App. Div. 415, affirmed.

(Argued March 30, 1928; decided April 13, 1928.)

CROSS-APPEALS from a judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered May 18, 1927, unanimously affirming a
judgment in favor of defendants-respondents, entered
upon a dismissal of the complaint by the court on trial
at Special Term and reversing a judgment in favor of
defendant-appellant directed by the trial court on his
counterclaim. The action was in equity to set aside
an accounting made at the termination of a law partner-
ship on the ground of fraud. It was alleged that during
the partnership defendant Thomas rendered professional
services for various clients and concealed that fact from
his partners and during said period and since has collected
large sums for his services for which he has never
accounted.

*John E. Joyce* and *George A. Ferris* for plaintiffs,
appellants and respondents.

*George A. Spiegelberg* for defendant-appellant.

*I. Maurice Wormser, Philip J. Dunn* and *Sumner B.
Stiles* for Hector W. Thomas, respondent.

Judgment affirmed, with costs to the defendants-
respondents against the plaintiffs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.